United States District Court
Southern District of Texas
**ENTERED**
February 23, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| LEAH JAKUBIK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br><br>　　　　Defendant. | CASE NO.: 4:23-cv-00116<br><br>COMPLAINT FOR:<br><br>Failure to Provide Plan Benefits under 29 U.S.C. §1132(a)(1)(B) |

## TAKE NOTHING JUDGMENT

On this day the court considered Plaintiff's Motion for Take Nothing Judgment. Having considered the motion and the agreement of the parties, the Court makes the following findings and orders:

1.　The Court finds that the parties have resolved all claims among and between and it is THEREFORE ORDERED, ADJUDGED and DECREED that the Plaintiff take nothing by way of

1

all claims that were made or could have been made by Plaintiff against Defendant, which are hereby dismissed with prejudice.

2.      It is further ORDERED, ADJUDGED and DECREED that all costs of Court are taxed to each party incurring same.

February 23, 2023                              _____Drew B Tipton_____
                                               JUDGE PRESIDING

APPROVED AND ENTRY REQUESTED:

WADLER, PERCHES, HUNDL & KERLICK


By: <u>/s/ I. RAY KERLICK /s/</u>
    I. Ray Kerlick
    State Bar No. 00791017
    101 West Burleson Street
    Wharton, Texas 77488
    Tel. (979) 532-3871
    Fax. (979) 532-3508
    Email: rkerlick@wphk-law.com
**Attorneys for Leah Jakubik**